| | |
|---|---|
| CHARLES M. HARRIS,<br>　　Plaintiff, | )<br>)　　Civil Action No. 7:16-cv-00205<br>) |
| v. | )　　**DISMISSAL ORDER**<br>) |
| VIRGINIA DEPARTMENT OF<br>CORRECTIONS, *et al*,<br>　　Defendant(s). | )<br>)　　By:　Michael F. Urbanski<br>)　　　　United States District Judge<br>) |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 17 day of May, 2016.

/s/ Michael F. Urbanski
United States District Judge