CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 2 7 2016

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHARLES M. HARRIS,<br>    Plaintiff, | ) | Civil Action No. 7:16-cv-00205 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| VIRGINIA DEPARTMENT OF<br>CORRECTIONS, <u>et al.</u>,<br>    Defendants. | )<br>)<br>) | By:  Hon. Michael F. Urbanski<br>      United States District Judge |

Plaintiff Charles M. Harris, a Virginia inmate proceeding <u>pro se</u>, commenced this action in April 2016. The court conditionally filed the action and ordered Plaintiff to properly document an <u>in forma pauperis</u> application, pursuant to 28 U.S.C. § 1915(a), within ten days. By Memorandum Opinion and Order dated May 18, 2016, the court dismissed the action without prejudice because Plaintiff failed to comply with the court's order. After the dismissal order was entered, the court received the requested financial documents and Plaintiff's motion for an extension of time to consider the documents timely filed. Finding it appropriate to do so, it is hereby

**ORDERED**

that the Memorandum Opinion and Order entered on May 18, 2016, are **VACATED**, the action **SHALL** be placed on the court's active docket, and the motion for an extension of time is **GRANTED**.

The Clerk shall send a copy of this Order to Plaintiff.

ENTER: This 27 day of May, 2016.

/s/ Michael F. Urbanski
United States District Judge