CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 17 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHARLES M. HARRIS, <br> Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:16-cv-00205 |
| v. | ) <br> ) | ORDER |
| VIRGINIA DEPARTMENT OF <br> CORRECTIONS, et al., <br> Defendants. | ) <br> ) <br> ) <br> ) | By: Hon. Michael F. Urbanski <br> United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(b) due to Plaintiff's failure to prosecute; all pending motions are **DENIED** without prejudice as moot; and the action is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This **17** day of January, 2017.

/s/ Michael F. Urbanski
United States District Judge